# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

135972

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TYRONE TAYLOR, JR.,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135972
COA: 278028
Macomb CC: 2003-003379-FC

On order of the Court, the application for leave to appeal the January 16, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

s0828